1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  BRIAN C. LEWIS (DCBN 476851)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      Facsimile:  (510) 637-3724
       E-Mail: brian.lewis@usdoj.gov
8
   Attorneys for the United States of America
9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                   OAKLAND DIVISION

13

14  UNITED STATES OF AMERICA,        )    No. CR 11-0244 PJH
                                     )
15        Plaintiff,                 )
                                     )    **REVISED PETITION FOR WRIT OF**
16   v.                              )    **HABEAS CORPUS AD**
                                     )    **PROSEQUENDUM**
17  ANTHONY DELK,                    )
                                     )
18        Defendant.                 )
                                     )
19                                   )
                                     )
20                                   )
    _____)
21

22        To the Honorable Laurel Beeler, Magistrate Judge for the United States District Court for

23  the Northern District of California:

24        The United States of America respectfully petitions the Court to issue a Writ of Habeas

25  Corpus Ad Prosequendum for the prisoner ANTHONY DELK.  The prisoner is required to

26  appear in the above-referenced matter for his initial appearance on May 16, 2011 at 9:30 a.m.

27  before the Duty Magistrate Judge.

28  //

    PETITION FOR WRIT OF HABEAS CORPUS
    AD PROSEQUENDUM, CR 11-0244 PJH

His place of custody and jailor are set forth in the following writ.

DATED: April 25, 2011                          Respectfully submitted,

                                                                       MELINDA HAAG
                                                                       United States Attorney


                                                                       _____/s/_____
                                                                       BRIAN C. LEWIS
                                                                       Assistant United States Attorney


IT IS SO ORDERED.

DATED: April 26, 2011


                                                                       _____
                                                                       LAUREL BEELER
                                                                       United States Magistrate Judge

PETITION FOR WRIT OF HABEAS CORPUS
AD PROSEQUENDUM, CR 11-0244 PJH

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

To:  Donald O'Keefe, United States Marshal for the Northern District of California and any of his authorized deputies; and Warden or other Official of the Santa Rita Jail, 5325 Broder Blvd., Dublin, CA 94568, (925) 551-6500.

**GREETINGS**

The prisoner, **ANTHONY DELK** (DOB 12/08/1983), is in custody in the above-referenced institution.  He is required to appear on criminal charges now pending against him in the United States District Court for the Northern District of California, 1301 Clay Street, Oakland, California 94612.  Accordingly,

WE COMMAND that you produce the prisoner in the Northern District of California and bring him before the Duty Magistrate Judge FORTHWITH for his initial appearance on May 16, 2011 at 9:30 a.m.  You shall produce the prisoner at all times necessary until the termination of the proceedings in this Court.  Immediately thereafter, you shall return the prisoner to the above-referenced institution, or abide by whatever further order the Court may make concerning his custody.

WE FURTHER COMMAND that if the prisoner is to be released from custody in the above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States Marshal or any of his authorized deputies or to the Federal Bureau of Investigation or any of its authorized agents pursuant to this writ.

WITNESS the Honorable Laurel Beeler, Magistrate Judge for the United States District Court for the Northern District of California.

DATED: April 26, 2011                                            CLERK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Rashanda Scott*
_____
DEPUTY CLERK

PETITION FOR WRIT OF HABEAS CORPUS
AD PROSEQUENDUM, CR 11-0244 PJH